UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Rico A. Contino

    v.                                                            Civil No. 10-cv-355-JL

Hillsborough County
Department of Corrections,
Superintendent, et al.

**O R D E R**

Plaintiff's request to proceed in forma pauperis is granted, but pursuant to 28 U.S.C. § 1915, as amended, the filing fee must be paid as follows: the sum of $49.90 is due no later than September 24, 2010.  In addition, 20% of each preceding month's income credited to plaintiff's account shall be remitted by the Hillsborough County Department of Corrections when the amount in the account exceeds $10.00 until the sum of $350.00 has been paid.  Failure to pay the fee as ordered will result in dismissal of the action without prejudice.  In all other respects plaintiff's request for in forma pauperis has been granted.

    **SO ORDERED.**

                                                            _____
                                                            Landya B. McCafferty
                                                           United States Magistrate Judge

August 24, 2010

cc:   Rico A. Contino
       Bonnie S. Reed, Financial Administrator
       Hillsborough County DOC, Inmate Accounts